IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIM L. DUKE (#52677), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:20-cv-116-K |
| CITY OF IRVING, TX., | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**<u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed by Plaintiff on May 14, 2020. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed May 19th, 2020.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE