IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| TIM L. DUKE | § | |
|---|---|---|
| (#52677), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:20-cv-116-K |
| | § | |
| CITY OF IRVING, TX., | § | |
| | § | |
| Defendant. | § | |

### JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED with prejudice for failure to state a claim on which relief may be granted under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

SO ORDERED.

Signed May 19th, 2020.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE